UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSEPH ALFRED CRUZ,

        Petitioner,

  v.

DAVID L. RUNNELS,

        Respondent.

                                                        NO. CIV. S-01-1675 LKK/KJM P

                                                        O R D E R

    On January 26, 2005, the magistrate judge issued findings and recommendations recommending that petitioner's request for an evidentiary hearing and application for writ of habeas corpus be denied. On April 25, 2005, petitioner filed objections, raising a myriad of claims which were not addressed in the findings and recommendations.

////

////

////

////

1

Accordingly, the findings and recommendations are held in abeyance and the matter is REFERRED back to the magistrate judge for appointment of counsel to determine whether the court should proceed on petitioner's new claims.

IT IS SO ORDERED.

DATED: September 23, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2