IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH ALFRED CRUZ,

    Petitioner,                   No. CIV-S-01-1675 LKK KJM P

    vs.

DAVID L. RUNNELS,                          <u>ORDER</u>

    Respondent.

_____/

    In light of the District Judge's September 26, 2005 order, IT IS HEREBY ORDERED that:

    1. The Federal Defender is appointed to represent petitioner.

    2. The Clerk of the Court is directed to serve a copy of the petition, and this order, on David Porter, Assistant Federal Defender.

    3. Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of documents in the file.

    4. A status conference is set for November 2, 2005, at 10:00 before the undersigned.

    5. The parties shall appear at the status conference through counsel.

/////

1

1        6. At the status conference, the parties shall be prepared to discuss: (1) whether counsel for petitioner should be given leave to file amended objections to the January 26, 2005 findings and recommendations; (2) whether the court should proceed on the new claims presented in petitioner's April 25, 2005 objections to the January 26, 2005 findings and recommendations; (3) whether petitioner has exhausted state court remedies with respect to the new claims presented in his objections; and (4) whether counsel will seek a stay of this action so that counsel may exhaust state court remedies with respect to any new claims.

DATED: September 29, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

cruz1675.110a