```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
 3  801 "I" Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Petitioner
    JOSEPH ALFRED CRUZ
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ALFRED CRUZ, ) | |
| ) | No. CIV S-01-1675 LKK KJM |
| Petitioner, ) | |
| ) | MOTION FOR SUBSTITUTION OF COUNSEL |
| v. ) | |
| ) | |
| DAVID L. RUNNELS, ) | |
| ) | |
| Respondent. ) | |

Petitioner JOSEPH ALFRED CRUZ hereby moves this Court for an order substituting Walter K. Pyle, 2039 Shattuck Avenue, Suite 202, Berkeley, California 94704, telephone, (510) 849-4424, for the Office of the Federal Defender as petitioner's counsel in this matter. The Federal Defender's Office has determined that it is currently unable to represent petitioner. Mr. Pyle has agreed to accept the appointment. He is an experienced criminal defense attorney, with extensive experience in federal habeas corpus cases. A copy of the court's file in this case will be forwarded to Walter Pyle.

////

////

////

1    Walter Pyle is aware of any deadlines in this case.  He has
2 authorized the undersigned to sign this substitution motion on his
3 behalf.

Respectfully submitted,

QUIN DENVIR
Federal Defender


Dated: October 4, 2005        /s/ David M. Porter
                              DAVID M. PORTER
                              Assistant Federal Defender
                              Attorneys for Petitioner
                              JOSEPH ALFRED CRUZ


Dated: October 4, 2005        /s/ Walter K. Pyle
                              WALTER K. PYLE


********

Based on the foregoing Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Walter K. Pyle shall be substituted in as counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated: October 11, 2005.

_____
UNITED STATES MAGISTRATE JUDGE