IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH ALFRED CRUZ,

    Petitioner,           No. CIV S-01-1675 LKK KJM P

   vs.

DAVID L. RUNNELS,

    Respondent.       ORDER

_____/

On November 16, 2005, this cause came on regularly for status conference. Walter K. Pyle appeared for petitioner, and Deputy Attorney General Stan Cross appeared for respondent. Based on the discussion occurring at the status conference, the court's file and good cause appearing, THE COURT ORDERED a further status conference set for February 15, 2006 at 10:00 a.m.; at the status conference, petitioner's counsel shall report as to whether he plans to file supplemental objections to the findings and recommendations filed January 26, 2005 or request a stay to exhaust new claims, and respondent's counsel shall report on the status of Evans v. Chavis (U.S. Supreme Court Docket No. 04-721).

DATED: November 17, 2005.

                              UNITED STATES MAGISTRATE JUDGE

1/kf
cruz1675.oah