1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOSEPH ALFRED CRUZ,

11          Petitioner,                    No. CIV S-01-1675 LKK KJM P

12      vs.

13   DAVID L. RUNNELS,

14          Respondent.              ORDER

15   _____/

16          On February 15, 2006, this cause came on regularly for status conference.  Walter

17   K. Pile appeared for petitioner, Deputy Attorney General Stan Cross appeared for respondent.

18   Based on the discussion occurring at the status conference, the court's file and good cause

19   appearing, THE COURT ORDERED AS FOLLOWS:

20   /////

21   /////

22   /////

23   /////

24   /////

25   /////

26   /////

1. Respondent is granted until February 22, 2006 to file a notice of renewal of his motion to dismiss petitioner's habeas application as time-barred.

2. Petitioner shall file his opposition by April 28, 2006; and

3. Respondent's reply shall be filed by May 30, 2006.

DATED:  March 22, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1/kf
cruz1675.oah