IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH ALFRED CRUZ,

    Petitioner,                    No. CIV-S-01-1675 LKK KJM P

    vs.

DAVID L. RUNNELS,

    Respondent.                  <u>ORDER</u>

                            /

      Petitioner has requested an extension of time to file an opposition to respondent's renewed motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's May 4, 2006 request for an extension of time is granted; and

      2. Petitioner is granted until May 12, 2006 to file his opposition to respondent's renewed motion to dismiss.

DATED: May 8, 2006.

                                                   UNITED STATES MAGISTRATE JUDGE

---

1
cruz1675.111