IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH ALFRED CRUZ,

    Petitioner,                    No. CIV S-01-1675 LKK KJM P

    vs.

DAVID L. RUNNELS,

    Respondent.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's March 26, 2007 dismissal of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When the district court denies a habeas petition on procedural grounds without reaching the prisoner's underlying constitutional claim, a certificate of appealability should issue when the prisoner shows that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling. Slack v. McDaniel, 529

1

1  U.S. 473, 484-85 (2000). The certificate of appealability must "indicate which specific issue or
2  issues satisfy" the above requirements. 28 U.S.C. § 2253(c)(3).
3        For the reasons set forth in the magistrate judge's November 6, 2006 findings and
4  recommendations, and this court's March 26, 2007 order, jurists of reason would not find it
5  debatable whether petitioner's application was properly dismissed. Accordingly, a certificate of
6  appealability should not issue in this action.
7        IT IS SO ORDERED.
8  DATED: May 7, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT