1
2
3
4
5
6
7
8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOSEPH ALFRED CRUZ,

11              Petitioner,                No. CIV S-01-1675 LKK KJM P

12       vs.

13   DAVID L. RUNNELS,

14              Respondent.              ORDER

15   _____/

16              On July 11, 2011, petitioner filed a motion asking that the court vacate the March

17   26, 2007, order dismissing this action as time-barred.  This is the second such motion filed by

18   petitioner and the current motion is materially the same as the first.  For the reasons stated in the

19   court's April 18, 2011, order on petitioner's first motion to vacate, IT IS HEREBY ORDERED

20   that petitioner's July 11, 2011, motion to vacate and all other outstanding motions are denied.

21   DATED:  August 12, 2011.

22

23

24                                    LAWRENCE K. KARLTON
                                      SENIOR JUDGE
25                                    UNITED STATES DISTRICT COURT

26